No. 82–5416.   SMITH *v.* AVANCE ET AL.   C. A. 5th Cir. Certiorari denied.

No. 82–5421.   DOUGLAS *v.* SMITH.   C. A. 6th Cir.   Certiorari denied.

No. 82–5422.   HOUSTON *v.* HOUSEWRIGHT, COMMISSIONER, ARKANSAS DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 82–5425.   KOMOROWSKI *v.* COLUMBIA GAS OF OHIO, INC.   Sup. Ct. Ohio.   Certiorari denied.

No. 82–5430.   NAYLOR *v.* DIXON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–5435.   MONTGOMERY *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir. Certiorari denied.

No. 82–5436.   VIPPERMAN *v.* NEVADA DEPARTMENT OF PAROLE.   C. A. 9th Cir.   Certiorari denied.

No. 82–5437.   PELCZARSKI *v.* GRANT ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 82–5447.   STOVALL *v.* PATTERSON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–5449.   MILLER *v.* CUYLER ET AL.   C. A. 3d Cir. Certiorari denied.

No. 82–5486.   BUIE *v.* MARBLE.   C. A. 4th Cir.   Certiorari denied.

No. 82–5499.   BERTMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5502.   MATTHEWS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.